UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
DR. RONALD G. CHEEK,                                     :
an individual,                                           :     CASE NO.:
                                                         :
            Plaintiff,                                   :     Judge:
vs.                                                      :
                                                         :     Magistrate:
WAL-MART REAL ESTATE BUSINESS                            :
TRUST, WAL-MART LOUISIANA LLC,                           :
and WALMART INC.                                         :
                                                         :
            Defendants.                                  :
---------------------------------------------------------x

## COMPLAINT

Plaintiff, DR. RONALD G. CHEEK, by and through his undersigned counsel, hereby files this Complaint and sues WAL-MART REAL ESTATE BUSINESS TRUST, WAL-MART LOUISIANA LLC, and WALMART INC. (hereinafter referred to as "DEFENDANTS"), for declaratory and injunctive relief, damages, attorneys' fees, and costs pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*, and the Louisiana Commission on Human Rights, LA. REV. STAT. ANN. § 51:2231 *et seq.*, (hereafter "LCHR"); and alleges the following:

## JURISDICTION AND PARTIES

1. This is an action for declaratory and injunctive relief pursuant to Title III of the Americans with Disabilities Act, 42 U.S.C. §12181 *et seq.* (hereinafter referred to as the "ADA"), and the Louisiana Commission on Human Rights, LA. REV. STAT. ANN. § 51:2231 *et seq.*, (hereafter "LCHR").

2. This Court is vested with original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343, and supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367, as such claims arise out of the same case or controversy as the Federal claims.

1

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

4. Plaintiff, DR. RONALD G. CHEEK, (hereinafter referred to as "DR. CHEEK"), is a person of the age of majority and a citizen of the State of Louisiana.

5. DR. CHEEK resides in Jefferson Parish.

6. DR. CHEEK is a qualified individual with a disability under the ADA and the LCHR. DR. CHEEK has T-7 paraplegia.

7. Due to his disability, DR. CHEEK is substantially impaired in several major life activities including walking and standing, and requires a wheelchair to ambulate.

8. Upon information and belief, WAL-MART REAL ESTATE BUSINESS TRUST, a real estate investment trust domiciled in Delaware and doing business in Jefferson Parish, Louisiana, is the owner of the real properties and improvements which are the subject of this action, to wit: Walmart, 300 W. Esplanade Ave., Kenner, LA 70065 (hereinafter referred to as "the Property").

9. Upon information and belief, WAL-MART LOUISIANA LLC, a limited liability company domiciled in Delaware and doing business in Jefferson Parish, Louisiana, is an owner and operator of the business that operates at the Property.

10. Upon information and belief, WALMART INC., a business corporation domiciled in Delaware and doing business in Jefferson Parish, Louisiana, is an owner and operator of the business that operates at the Property.

11. Upon information and belief, the business at Property is a Walmart Supercenter, which includes a grocery store, pharmacy, and several other retail departments.

12. DR. CHEEK has visited the Property in the past to shop for groceries and household goods

and desires to visit the Property in the future.

13. DEFENDANTS are obligated to comply with the ADA and the LCHR.

14. All events giving rise to this lawsuit occurred in the Eastern District of Louisiana, Orleans Parish, Louisiana.

## COUNT I - VIOLATION OF TITLE III OF THE AMERICANS WITH DISABILITIES ACT

15. DR. CHEEK realleges and reavers Paragraphs 1 - 14 as if they were expressly restated herein.

16. The Property is a place of public accommodation, subject to the ADA, generally located at: 300 W. Esplanade Avenue, Kenner, LA 70065.

17. DR. CHEEK has visited the Property previously and plans to visit the Property again in the future.

18. During these visits, DR. CHEEK had difficulty entering the Property because of the architectural barriers described in Paragraph 23.

19. DR. CHEEK continues to desire to visit the Property but will continue to experience serious difficulty due to the architectural barriers described in Paragraph 23, which are still present at the Property.

20. DR. CHEEK's wife goes to the Property to do shopping and DR. CHEEK would assist her in shopping but chooses not to due to the barriers described in Paragraph 23.

21. DR. CHEEK lives within a close geographic proximity of the Property. DR. CHEEK's house is around two miles from the Property.

22. DR. CHEEK plans on returning to the Property but fears that he will encounter the same

barriers to access which are the subject of this action, as described in Paragraph 23.

23. Upon information and belief, DEFENDANTS are in violation of 42 U.S.C. § 12181 *et seq.* and 28 C.F.R. § 36.302 *et seq.* and are discriminating against DR. CHEEK due to, but not limited to, the following violations which exist at the Property:

    I. UPON INFORMATION AND BELIEF, THE FOLLOWING BARRIERS ARE ALLEGED TO BE THE RESPONSIBILITY OF DEFENDANTS:

        A. The accessible route from the designated-accessible parking to the store's entrance is impermissibly steep.

        B. The accessible route from the designated-accessible parking to the store's entrance contains an impermissibly wide gap; and

        C. Other mobility-related ADA barriers to be identified following a complete inspection.

24. Upon information and belief, all barriers to access and ADA violations still exist and have not been remedied or altered in such a way as to effectuate compliance with the provisions of the ADA, even though removal is readily achievable.

25. Upon information and belief, removal of the discriminatory barriers to access located on the Property is readily achievable, reasonably feasible, and easily accomplished, and would not place an undue burden on DEFENDANTS.

26. Upon information and belief, removal of the barriers to access located on the Property would provide DR. CHEEK with an equal opportunity to participate in, or benefit from, the goods, services, and accommodations which are offered to the general public at the Property.

27. DR. CHEEK has been obligated to retain the undersigned counsel for the filing and prosecution of this action. DR. CHEEK is entitled to have his reasonable attorneys' fees, costs, and expenses paid by DEFENDANTS, pursuant to 42 U.S.C. § 12205.

### COUNT II: VIOLATIONS OF THE LOUISIANA COMMISSION ON HUMAN RIGHTS

28. DR. CHEEK repeats and realleges all preceding paragraphs in support of this claim.

29. At all times relevant to this action, the Louisiana Commission on Human Rights, LA. REV. STAT. ANN. § 51:2231 et. seq., (hereafter "LCHR") has been in full force and effect and has applied the conduct of DEFENDANTS.

30. At all times relevant to this action, DR. CHEEK has experienced substantial limitations to several major life activities, including walking, and uses a wheelchair for his primary means of mobility; and has been an individual with a disability within the meaning of LCHR, LA. REV. STAT. ANN. § 51:2232(3)(a).

31. At all times relevant to this action, DEFENDANTS' Property has qualified as a place of public accommodation, resort, or amusement as defined by LA. REV. STAT. ANN. § 51:2232(9) by virtue of either supplying services to the general public, soliciting and accepting the patronage of the general public, or having been supported directly or indirectly by government funds.

32. The LCHR prohibits discriminatory practices and provides that "it is a discriminatory practice for a person to deny an individual the full and equal enjoyment of goods, services, facilities, privileges, advantages, and accommodations of a place of public accommodation, resort, or amusement . . . on the grounds of . . . disability." LA. REV. STAT. ANN. § 51:2247.

33. The LCHR extends relief to "any person deeming himself injured by" discrimination in violation thereof. LA. REV. STAT. ANN. § 51:2264.

34. DEFENDANTS discriminated against DR. CHEEK, on the basis of disability, in violation of LA. REV. STAT. ANN. § 51:2247, by denying him the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations offered at the Property due to the architectural barriers discussed in Paragraph 23 of this Complaint.

35. DR. CHEEK deems himself injured by DEFENDANTS' discrimination and brings suit under the LCHR to recover compensatory damages for the injuries and loss he sustained as a result of DEFENDANTS' discriminatory conduct and deliberate indifference as alleged herein above.

36. DR. CHEEK is further entitled to injunctive relief, as well as an award of attorneys' fees, costs, and disbursements pursuant to the LCHR, LA. REV. STAT. ANN. § 51:2264.

**PRAYER FOR RELIEF**

WHEREFORE, DR. CHEEK demands judgment against DEFENDANTS, and requests the following injunctive relief, damages, and declaratory relief:

A. That this Court declare that the Property owned, by DEFENDANTS, is in violation of the ADA and the LCHR;

B. That this Court enter an Order directing DEFENDANTS to alter the Property to make it accessible to and useable by individuals with mobility disabilities to the full extent required by Title III of the ADA and the LCHR;

C.      That this Court award damages to DR. CHEEK pursuant to LA. REV. STAT. ANN. § 51:2264 for the discriminatory conduct of the DEFENDANTS in violation of the LCHR;

D.      That this Court award reasonable attorneys' fees, costs (including expert fees), and other expenses of suit, to DR. CHEEK pursuant to the ADA and the LCHR; and

E.      That this Court award such other and further relief as it deems necessary, just and proper.

Respectfully Submitted,

**BIZER & DEREUS, LLC**
*Attorneys for Plaintiff*

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
GARRET S. DEREUS (LA # 35105)
EVA M. KALIKOFF (LA # 39932)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
        gdereus@bizerlaw.com
        eva@bizerlaw.com